**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOY McLEOD,                               )          Case No. 7:13-cv-03907-KMK
                                          )
                    Plaintiff,            )
                                          )
        vs.                               )          **NOTICE OF SETTLEMENT**
                                          )
MERCANTILE ADJUSTMENT BUREAU, )
LLC,                                      )
                                          )
                    Defendant.            )
_____)

     **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the

District Court, Southern District of New York, Plaintiff's Notice of Settlement with all

claims pending having been resolved to the parties' satisfaction.

     Plaintiff hereby respectfully requests that this Court allow sixty (60) days within

which to complete the settlement, during which time Plaintiff requests the Court to retain

jurisdiction over this matter until fully resolved.

     Should Plaintiff not move to reinstate the case or seek other Court intervention in

the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at

that time.

                                      Respectfully submitted,

                                      /s/ Jeanne Lahiff
                                      Jeanne Lahiff, Esq.
                                      NY Bar No. 2252435
                                      ***Weisberg & Meyers, LLC***
                                      80 Broad Street, 5th Floor
                                       New York, NY 10004
                                      (888) 595-9111 ext. 511
                                      (866) 842-3303 (fax)
                                      JLahiff@attorneysforconsumers.com

*Please send correspondence to the address below:*

***Weisberg & Meyers, LLC***
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012

Notice Filed electronically on this 13th day of August, 2013, with:

United States District Court CM/ECF system

<u>s/ Lydia Bultemeyer</u>
Lydia Bultemeyer