UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOY McLEOD, | ) | Case No. 7:13-cv-03907-KMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JOINT MOTION FOR** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| MERCANTILE ADJUSTMENT BUREAU, | ) | |
| LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, Joy McLeod, by and through its counsel of record, Weisberg & Meyers, LLC (Jeanne Lahiff) and Defendants, Mercantile Adjustment Bureau, LLC., by and through its attorneys of record, Aaron R. Easley, hereby jointly move for dismissal with prejudice of any and all claims that have been or could have been brought in this action against Defendants and its past and present directors, officers, employees and/or agents by, through or on behalf of Plaintiff, with the parties to bear their own costs and attorneys' fees. As grounds for this motion, the parties advise the Court that this matter has been settled.

Respectfully submitted this 1st day of November, 2013.

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| *Joy McLeod* | *Mercantile Adjustment Bureau, LLC* |
| | |
| By: /s/ Jeanne Lahiff | By: /s/Aaron R. Easley |
| Jeanne Lahiff, Esq | Aaron R. Easley |
| **Weisberg & Meyers, LLC** | **Sessions, Fishman, Nathan & Israel, L.L.C.** |

Filed electronically on this 1st day of November, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 1st day of November, 2013, to:

Aaron R. Easley
Sessions, Fishman, Nathan & Israel, L.L.C.
3 Cross Creek Drive
Flemington NJ 08822-4938

/s/Lydia Bultemeyer
Lydia Bultemeyer